**Denied and Opinion Filed August 19, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00953-CV

## IN RE SEBRA PROUTT, Relator

### Original Proceeding from the 382nd Judicial District Court
### Rockwall County, Texas

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Pedersen, III

Before the Court is relator's August 13, 2024 petition for writ of mandamus.

Relator asks this Court to compel the trial court to make findings on her petition

for writ of habeas corpus.

Relator's petition does not comply with the Texas Rules of Appellate

Procedure in numerous respects. *See* TEX. R. APP. P. 52.1; TEX. R. APP. P. 52.3(a)–

(d)(3), (e)–(j), (k)(1)(A); TEX. R. APP. P. 52.7(a). Thus, relator's petition does not

meet the requirements of the Texas Rules of Appellate Procedure for consideration

of mandamus relief. *See In re Guillaume*, No. 05-24-00765-CV, 2024 WL

3548511, at *1 (Tex. App.—Dallas July 26, 2024, orig. proceeding) (mem. op.)

(denying mandamus relief based on relator's failure to comply with several Texas Rules of Appellate Procedure).

Accordingly, we deny relator's petition.


/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

240953F.P05